IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-mj-01097

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VALERIE MICHELLE LEMUS,

    Defendant.

# ORDER

**United States Magistrate Judge Michael E. Hegarty**.

    The Defendant's conditions of release are hereby modified to include submission to location monitoring via Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS).

    SO ORDERED.

    DATED and ENTERED this 11th day of July, 2013, in Denver, Colorado.

                  By the Court:

                  S/Michael E. Hegarty
                  Michael E. Hegarty
                  United States Magistrate Judge