IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00283-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   **ANTHONY ROSAS,**
2.   **SERGIO JOSUE SOLANO, and**
3.   **VALERIE MICHELLE LEMUS,**

    **Defendants.**
_____

**ORDER GRANTING GOVERNMENT'S MOTION FOR AN
ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIALS**
_____

THE COURT has reviewed the Motion by the United States to Disclose Grand Jury materials in the above-captioned case. As grounds therefor, the Government has stated:

The Government has obtained testimony from one or more persons who may be called as trial witnesses. Disclosure of pertinent portions of the Grand Jury transcripts may be in the best interests of justice. In the course of preparation for trial and during the conduct of certain pretrial matters and at trial it may be appropriate to disclose to the defense portions of the Grand Jury transcripts pertaining to certain witnesses for the limited purpose of preparing for and conducting trial. *See* 18 U.S.C. §3500 and Federal Rule of Criminal Procedure 26.2, 16, 6(e)(3)(E)(I) and (e)(3)(F).

BEING now advised in the premises, the Court Finds, Concludes, and Orders the following:

The United States Attorney's Office may disclose to the defense pertinent portions of the transcript of its witness' testimony before the Grand Jury in the above-captioned case after it has been determined by the Government that this witness will be called to testify at trial in the Government's case-in-chief. The defense attorneys are to maintain control over the materials, keeping these in his or her confidential files and under the control of his or her confidential employees. The Court's Order here today permits pretrial disclosure of pertinent portions of the Grand Jury transcript pursuant to 18 U.S.C. §3500 and Federal Rules of Criminal Procedure 26.2 and 16.

The Grand Jury materials so disclosed are to be used for the purposes of the above captioned case, to include any appeals taken therefrom, and for no other purpose until further order of this Court. The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury materials disclosed pursuant to this Order.

DATED this 6th day of August, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. BROOKE JACKSON
UNITED STATES DISTRICT JUDGE